Certificate Number: 15317-IAS-DE-039801355

Bankruptcy Case Number: 25-01065



15317-IAS-DE-039801355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2025, at 2:24 o'clock PM PDT, Julie Weldon completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Iowa.

Date: June 24, 2025

By: /s/Evanessa Noval

Name: Evanessa Noval

Title: Credit Counselor